# SUPREME COURT OF THE STATE OF NEW YORK
## *Appellate Division, Fourth Judicial Department*

**732**
**CAF 12-00118**
PRESENT: SCUDDER, P.J., CENTRA, FAHEY, PERADOTTO, AND SCONIERS, JJ.

---

IN THE MATTER OF LAUREN F.S.,
RESPONDENT-APPELLANT.
------------------------------
ORDER
YATES COUNTY ATTORNEY,
PETITIONER-RESPONDENT.

---

MARYBETH D. BARNET, ATTORNEY FOR THE CHILD, CANANDAIGUA, FOR
RESPONDENT-APPELLANT.

------------------------------------------------------------------------------

Appeal from an order of the Family Court, Yates County (W. Patrick Falvey, J.), entered May 31, 2011 in a proceeding pursuant to Family Court Act article 3.  The order adjudged that respondent is a juvenile delinquent and placed respondent in the custody of the Yates County Department of Social Services for a period of one year.

It is hereby ORDERED that said appeal is unanimously dismissed without costs as moot (*see Matter of Alex N.*, 255 AD2d 626, 627).

Entered:  June 8, 2012                          Frances E. Cafarell
                                                Clerk of the Court